UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
CORBIS CORPORATION,            :
a Nevada corporation,          :
                               :
            Plaintiff,         :
                               :
v.                             :   No. 07 CIV 9316
                               :
CAMBRIDGE FINANCIAL GROUP, INC., : **RULE 7.1 DISCLOSURE**
an Ohio corporation,           :   **STATEMENT**
                               :
            Defendant.         :   **ECF CASE**
-------------------------------------------------x

    Plaintiff Corbis Corporation ("Corbis") makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Corbis Holdings, Inc. is the parent corporation of Corbis. No publicly held corporation owns 10% or more of Corbis stock.

Dated: New York, New York
      October 17, 2007        COVINGTON & BURLING LLP


                                        By: _____
                                            Matthew J. Watkins

                                        The New York Times Building
                                        620 Eighth Avenue
                                        New York, New York 10018
                                        Telephone: (212) 841-1000
                                        Facsimile:  (212) 841-1010

                                        Attorneys for Plaintiff
                                        CORBIS CORPORATION

*Of Counsel:*

COVINGTON & BURLING LLP
Simon J. Frankel
One Front Street, 35th Floor
San Francisco, California 94111
Telephone:   (415) 591-6000
Facsimile:   (415) 591-6091