## COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
### ATTORNEYS AT LAW

FREDERICK P. BIMBLER
TOBY M. J. BUTTERFIELD
AL J. DANIEL, JR.*
TIMOTHY J. DeBAETS
ROBERT I. FREEDMAN
ELLIS B. LEVINE
MITCHELL E. RADIN
ROBERT L. SEIGEL
J. STEPHEN SHEPPARD
RALPH J. SUTTON*
KENNETH N. SWEZEY
DAVID BRUCE WOLF
NANCY E. WOLFF

ZEHRA J. ABDI
LISA K. DIGERNES
MATTHEW A. KAPLAN°
M. KILBURG REEDY
MASON A. WEISZ

PHILIP M. COWAN (1943-2001)
HOWARD ABRAHAMS (1945-1996)

OF COUNSEL:
ANNE C. BAKER
JUDITH A. BRESLER
JERROLD B. GOLD
ALBERT GOTTESMAN
ROGER E. KASS
MICHAEL D. REMER
ROBERT F. VAN LIEROP

CORRESPONDENT FIRM:
DONALDSON & HART
9380 SUNSET BLVD, STE. 224
LOS ANGELES, CA 90069
(310) 273-8394

*ALSO ADMITTED IN CA & DC
°ALSO ADMITTED IN NJ

November 9, 2007

adaniel@cdas.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

The Honorable Richard J. Holwell     By Fax to 212-805-7948
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse, Chambers
500 Pearl Street
New York, NY 10007

NOV - 9 2007

Re:    Corbis Corp. v. Cambridge Financial Group, Inc., 07 Civ. 9316 (RJH) (SDNY)

Dear Judge Holwell:

We represent defendant Cambridge Financial Group, Inc. ("Cambridge") in the above-captioned action. Cambridge is a registered investment advisor with offices in Cincinnati and Columbus, Ohio. Plaintiff's complaint, filed on October 17, 2007, alleges that Cambridge infringed plaintiff's copyright in four photographic images on Cambridge's website.

Cambridge respectfully requests a 21-day extension of time to answer or otherwise respond to the complaint, i.e., from November 12, 2007, the present due date, to and including December 3, 2007.

This extension is necessary and appropriate for several reasons. Cambridge's office are located in Ohio and it needed time to locate and engage local counsel. We were just retained by Cambridge on November 8, 2007. Plaintiff will not be prejudiced by this extension. Upon information and belief, the allegedly infringing images have been removed from Cambridge's website. Cambridge's website was created by an independent web designer which is not a party to the case at present. I am advised that there have been some prior discussions between the parties aimed at resolving this case. This extension of time will allow the parties to seriously discuss possible settlement. If the parties are unable to do so, Cambridge needs this additional time to advise counsel of the relevant facts and documents necessary to prepare an answer or other response to the complaint.

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

The Honorable Richard J. Holwell
United States District Judge
November 9, 2007
Page 2

No prior requests have been made for an extension of time to respond to the complaint. This requested extension of time will not affect any other scheduled dates in the case.

Simon J. Frankel, Esq., counsel for plaintiff, advised me today that plaintiff consents to this request for an extension of time.

Accordingly, we respectfully request that the Court extend the time for Cambridge to answer or otherwise respond to the complaint from November 12, 2007 to and including December 3, 2007.

Respectfully yours,

Al J. Daniel, Jr.

cc: Simon J. Frankel, Esq.
    Covington & Burling (by facsimile to 415-591-6091)
    Matthew J. Watkins, Esq.
    Covington & Burling (by facsimile to 212-841-1010)

*[Handwritten annotation:]* Application Granted
SO Ordered
RJH
USDJ
11/9/07