UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x   ECF CASE
CORBIS CORPORATION,                            :
a Nevada corporation,                                :   Civil Action  No. 07 Civ. 9316 (RJH)
                                                               :
                        Plaintiff,                       :
                                                               :   **RULE 7.1 STATEMENT**
        -against-                                       :
                                                               :
CAMBRIDGE FINANCIAL GROUP, INC.    :
an Ohio corporation,                                 :
                                                               :
                        Defendant.                   :
-------------------------------------------------------- x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cambridge Financial Group, Inc. (a private non-governmental party) certifies that the following are publicly held corporate parents, affiliates and/or subsidiaries of said parties:

    NONE.

Dated: December 3, 2007
       New York, New York

                               COWAN, DeBAETS, ABRAHAMS
                                  & SHEPPARD LLP

                               By_____/s/ Al J. Daniel, Jr._____
                                    Al J. Daniel, Jr. (AD-9333)
                              41 Madison Avenue, 34th Floor
                              New York, New York 10010
                              Tel.: (212) 974-7474
                              Fax: (212) 974-8474