# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07CVI 9316 (RJH)                                 Date Filed: 12/12/2007

Plaintiff:
**Corbis Corporation, a Nevada corporation,**
vs.
Defendants:
**Cambridge Financial Group, Inc., and Third-Party Defendants, Urban Wilderness Design, LLC, et al.,**

For: Al Daniel, Jr.
      Keating, Muething & Klekamp, PPL.

Received by PROVEST LLC on the 14th day of December, 2007 at 9:34 am to be served on **Steven Pope, c/o Urban Wilderness Design, LLC, 30 East Hight Street, Suite 300, Lawrenceburg, ID 47025**. I, BETTY BEACH, being duly sworn, depose and say that on the 14th day of DEC, 2007 at 11:05 A .m., executed service by delivering a true copy of the **Summons in a Civil Action; Defendant Cambridge Financial Group, Inc.'s First Third-Party Complaint** in accordance with state statutes in the manner marked below:

(✓) PERSONAL SERVICE: Served the within-named person.

( ) RESIDENTIAL SERVICE: By serving _____, a person of suitable age and discretion residing therin.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**

Age 43  Sex (M) F  Race W  Height 6'0"  Weight 180  Hair Lt Brown / BALD  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 14th day of December, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

CHRISTINA M GREGORY
Notary Public, State of Ohio
My Commission Expires 10-15-2011

Betty J Beach
PROCESS SERVER # _____
Appointed in accordance
 with State Statutes

PROVEST LLC
644 Linn Street
Suite 700
Cincinnati, OH  45203
(513) 621-1017
Our Job Serial Number: 2007003655

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12·14·07 |
| NAME OF SERVER *(PRINT)* BETTY J BEACH | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 30 EAST HIGH ST. SUITE 300 LAWRENCEBURG, IN 47025

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12·14·07
          Date

Signature of Server: *Betty J Beach*

Address of Server: 644 LINN ST, CINCINNATI OH 45203

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.