# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07CVI 9316 (RJH)                                         Date Filed: 12/12/2007

Plaintiff:

**Corbis Corporation, a Nevada corporation,**

vs.

Defendants:

**Cambridge Financial Group, Inc., and Third-Party Defendants, Urban Wilderness Design, LLC, et al.,**

For: Al Daniel, Jr.
     Keating, Muething & Klekamp, PPL.

Received by PROVEST LLC on the 14th day of December, 2007 at 9:34 am to be served on **Urban Wilderness Design, LLC, 30 East Hight Street, Suite 300, Lawrenceburg, IA 47025**. I, BETTY BEACH, being duly sworn, depose and say that on the 14th day of DEC, 20 07 at 11:05 am., executed service by delivering a true copy of the **Summons in a Civil Action; Defendant Cambridge Financial Group, Inc.'s First Third-Party Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(✓) CORPORATE SERVICE: By serving STEVEN POPE as CO-OWNER

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**

Age 43  Sex (M) F  Race W  Height 6'0"  Weight 180  Hair LT BROWN/BALD  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 14th day of December, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

CHRISTINA M GREGORY
Notary Public, State of Ohio
My Commission Expires 12-19-2011

PROCESS SERVER # _____
Appointed in accordance
  with State Statutes

**PROVEST LLC**
**644 Linn Street**
**Suite 700**
**Cincinnati, OH 45203**
**(513) 621-1017**
Our Job Serial Number: 2007003654

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12·14·07 |
| NAME OF SERVER (PRINT) BETTY J BEACH | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): CORPORATELY SERVED to STEVEN POPE @ 30 EAST HIGH St. SUITE 300 LAWRENCEBURG, IN 47025

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12·14·07
                Date

Signature of Server: Betty Beach

644 LINN ST
CINCINNATI OH 45203
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.