UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------x
CORBIS CORPORATION,                      :
a Nevada corporation,                    :
                                         :
              Plaintiff,                 :
                                         :
     v.                                  :    No. 07 Civ. 9316 (RJH)
                                         :
CAMBRIDGE FINANCIAL GROUP, INC.,  :
an Ohio corporation,                     :    **STIPULATION OF DISMISSAL**
                                         :
              Defendant/                 :
              Third-Party                :    **ECF CASE**
              Plaintiff,                  :
                                         :
     v.                                  :
                                         :
URBAN WILDERNESS DESIGN, LLC      :
an Ohio limited liability company and  :
STEVEN POPE, an individual,              :
                                         :
              Third-Party                :
              Defendants                 :
-------------------------------------------------x



        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel of record, pursuant to Federal Rule of Civ. P. 41(a)(1), that all claims asserted in

this action by Plaintiff Corbis Corporation against Defendant Cambridge Financial Group,

Inc., be and the same hereby are dismissed with prejudice and with each side to bear its or

their own attorney's fees and costs.

-1-

Cambridge Financial will continue to pursue its Third party claims against

Urban Wilderness Design, LLC and Steven Pope, Third Party Defendants who Cambridge

Financial asserts have failed to appear and are in default.

Dated:    New York, New York
          March 19, 2008

By: _Matthew J. Watkins_

COVINGTON & BURLING LLP

Matthew J. Watkins
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: (212) 841-1000

Simon J. Frankel
One Front Street, 35th Floor
San Francisco, California  94111
Tel:(415) 591-6000

*Attorneys for Plaintiff*

By: _____

COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP

Al J. Daniel, Jr.
41 Madison Avenue, 34th Floor
New York, NY 10010
Tel: (212) 974-7474

*Attorneys for Defendant/Third Party
Plaintiff*

SO ORDERED

Richard J. Holwell  USDJ
3/20/08

- 2 -